IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD A. NEWELL, JR.,

           Plaintiff,

   v.

STATE OF WISCONSIN, CHIPPEWA COUNTY
and WISCONSIN DEPARTMENT OF CORRECTIONS,

           Defendants.

ORDER

17-cv-436-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on July 14, 2017, I dismissed plaintiff Donald Newell's complaint because it violated Fed. R. Civ. P. 8. I gave him until August 8, 2017 to file an amended providing defendants fair notice of his claims. I told plaintiff that if he failed to respond by August 8, 2017, I would dismiss this case with prejudice and issue a strike in accordance with 28 U.S.C. § 1915(g). Paul v. Marberry, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8). To date, plaintiff has not filed an amended complaint or otherwise responded to the court's July 14 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that

1. This case is DISMISSED for plaintiff Donald Newell's failure to state a claim

1

upon which relief may be granted.

2. A strike will be recorded in accordance with 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 31st day of August, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge