IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD A. NEWELL, JR.,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                      17-cv-436-bbc

STATE OF WISCONSIN,
CHIPPEWA COUNTY and
WISCONSIN DEPARTMENT OF
CORRECTIONS,

       Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Donald A. Newell, Jr.'s failure to state a claim upon which relief may be granted.

| /s/ | 8/31/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |